IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| THOMAS ANDREW WHITTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-094 |
| | ) | |
| TIMOTHY VAUGHN; KELLI ADAMS; STEVE HARRISON; ASHLEY MCGLAUGHLIN; LT. COL. MAJOR S. B. ANDREWS; and CAPTAIN JEROME DANIELS, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 17th day of January, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE