AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

THOMAS ANDREW WHITTLE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 322-094

TIMOTHY VAUGHN; KELLI ADAMS; STEVE HARRISON; ASHLEY MCGLAUGHLIN; LT. COL. MAJOR S. B. ANDREWS; and CAPTAIN JEROME DANIELS

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 17, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, Plaintiff's amended complaint is dismissed for failure to state a claim upon which relief may be granted, and this civil action stands closed.



January 17, 2023       John E. Triplett, Clerk of Court
Date      Clerk

*Candy Cobell*
(By) Deputy Clerk

GAS Rev 10/2020