IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| THOMAS ANDREW WHITTLE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 322-094 |
| | * | |
| TIMOTHY VAUGHN; KELLI ADAMS; | * | |
| STEVE HARRISON; ASHLEY MCGLAUGHLIN; | * | |
| LT. COL. MAJOR S.B. ANDREWS; and | * | |
| CAPTAIN JEROME DANIELS, | * | |
| | * | |
| Defendants. | * | |

O R D E R

On January 17, 2023, the Court dismissed Plaintiff Thomas Andrew Whittle's case filed pursuant 42 U.S.C. § 1983 for failure to state a claim upon which relief can be granted. On March 14, 2023, the Court received Plaintiff's untimely notice of appeal; however, the Court granted an extension to file the appeal under Federal Rule of Appellate Procedure 4(a)(5)(A). Thus, Plaintiff's appeal was deemed timely as of March 14, 2023. (<u>See</u> Order of March 23, 2023, Doc. No. 31.)  Also in the Order of March 23, 2023, the Court explained that it would deny any request from Plaintiff to proceed *in forma pauperis* on appeal. (<u>See id.</u>)

At present, Plaintiff has filed two separate requests for documents in this Court rather than pursue his appeal. The first request for documents is filed under Federal Rule of Civil

Procedure 34 as a discovery motion. Again, the case is closed and on appeal; thus, there is no discovery taking place in this case. This request for documents (doc. no. 33) is **DENIED AS MOOT**.

The second request for documents seeks "copies of all orders, judgements and actions" taken by the Court in the case. Plaintiff is not entitled to free copies of court documents, including his own pleadings, even though he was granted in forma pauperis status in this case. See Jackson v. Fla. Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012). Plaintiff should rest assured that the Eleventh Circuit Court of Appeals will have access to the entirety of the case record. Plaintiff's motion for a copy of the case record (doc. no. 32) is **DENIED**. Nevertheless, the Clerk is instructed to send a courtesy copy of the docket sheet to Plaintiff.

**ORDER ENTERED** at Augusta, Georgia this 10th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

2